UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CASE NO. _____

YUL GIVAN,
    PLAINTIFF

-v-

Officer Henley/Officer Boltz/
Lt. Malissa/Lt Moret/Det. Allen/
the Burlington Police Department,
               DEFENDANT(S)

RECEIVED
OCT 0 6 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT OF POLICE BRUTALITY BY THE USE OF EXCESSIVE AND UNNECESSARY FORCE PURSUANT TO TITLE 42 U.S.C. 1983 AND THE EIGHTH CONSTITUTIONAL AMENDEMNT

HONORABLE COURT,

### JURISDICTION

COMES NOW, plaintiff hereinafter "Givan" in pro se with Complaint of POLICE BRUTALITY by the USE of EXCESSIVE and UNNECESSARY FORCE by the defendant(s), whom, did beat him severly; in which ,he suffered serious lacerations to his face and fractured ribs, thereafter, a routine traffic stop pursuant to Title 42 U.S.C. Section 1983; 28 U.S.C. Section 1346 and the Eighth

2)

Constitutional Amendment of CRUEL and UNUSUAL PUNISHMENT, whereof, jurisdiction and adjudication is invoked upon the southern District of Iowa.

## STATEMENT OF COMPLAINT

GIVAN, COMES NOW, with contention(s) in Statement of Complaint of Police Brutality by the Use of Excessive and Unnecessary Force that the defendant(s) took turns beating him severely, where, he suffered serious lacerations to his face and two fractured ribs, thereafter, a routine traffic stop in 2018, which, violated and infringed upon his Eighth Constitutional Amendment Rights to be free from such actions by state officials; in which, Givan did Not resist nor did he provoke those actions by the defendant(s).

## STANDARD OF REVIEW

Givan's, contention(s) in Standard of Review as to how Complaint of Police Brutality by the Use of Excessive and Unnecessary Force that 1) the defendant(s) beated him severely, whereof, he suffered serious lacerations to his face and two fractured ribs 2) Givan did not provoke oor did he given justification tot he acts of the defendant(s) that caused them to use excessive and unnecessary force against him 3) it was a routine traffice stop 5) Givan was

not given any citation nor ticket of any wrongdoing in 2018 the day of this public

incidence.

### RELIEF SOUGHT

Givan, seeks in Releif Sought that the Southern District of Iowa do GRANT and/or APPROVE his Complaint of Police Brutality by the Use of Excessive and Unnecessary Force by AWARDING him a Financial Compensation Award at the sum of five million dollars (5,000,000.00) in punitive damages for the physical, psychological, psychiatric depression and emotional distress suffered as the result of being beaten without justification .

### CONCLUSION

ACCORDINGLY and UNPRECEDENTED Givan pray that his Complaint of Police Brutality by the Use of Excessive and Unnecessary Force, in which, he suffered severe inury to his face and two fractured ribs do be GRANTED and/or APPROVED as a matter of Civil and Constitutional Amendment Rights in accordance to the DUE PROCESS of the LAW CLAUSES of the First, Fifth, Eighth and Fourteenth Constitutional Amendments, Title 42 U.S.C. Section 1983 and 28 U.S.C. Section 1346 now before the Southern District of Iowa for deliberation and review.

4)

RESPECTFULLY SUBMITTED,

*[signature: Yul Givan]*

YUL GIVAN/Plaintiff
2022 Bayou Court, N.E.
Grand Rapids, Michigan  50903

Tel: 616-275-4159    8-8pm

## AFFIDAVIT OF SERVICE

I, Yul Givan, do certify that a true copy of Complaint of Police Brutality was served upon the Attorney at Law for the Burlington Police Department at 201 Jefferson street, Burlington, Iowa 52601 by depositing said in the United States mail on this 30th day of September 2021 at the address given, properly addressed.

RESPETFULLY,

*[signature: Yul Givan]*

Yul Givan/Plaintiff



  
  


 
 

ATTN: ATTORNEY AT LAW
Burlington Police Department
201 Jefferson Street
Burlington, IOWA 52601

Victor B. Perez
08783-034 1-1
P.O. Box 4000
Federal Medical Center
Rochester, Minnesota 55903



ED & CLEARED BY U.S.M.S.

Attn: Clerk of the Court
United States District Court
Southern District of Iowa
123 Walnut Street
Des Moines, Iowa 50309

(Legal Mail)            (Legal Mail)